IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02648-WYD-CBS

AMIE MANN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation; and
PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT PROGRESSIVE

THIS MATTER comes before the Court on the Stipulation for Dismissal of All Claims Against Defendant Progressive Insurance Company, With Prejudice (ECF No. 18), filed February 5, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved, and all claims asserted against Defendant Progressive should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation for Dismissal of All Claims Against Defendant Progressive Insurance Company, With Prejudice (ECF No. 18) is **APPROVED**.  In accordance therewith, all claims asserted against Defendant Progressive are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: February 6, 2013

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
United States Senior District Judge