IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02648-WYD-CBS

AMIE MANN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

    In light of the Stipulation for Dismissal of All Claims Against Defendant Progressive Insurance Company, With Prejudice (ECF No. 18), filed February 5, 2013, I find that the Plaintiff's Motion to Remand (ECF No. 8) is **DENIED AS MOOT.**

    Dated:  February 6, 2013