IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02648-WYD-CBS

AMIE MANN,

   Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

   Defendant.

**ORDER CONTINUING SUBPOENAS
TO APPEAR AND TESTIFY AT A TRIAL IN A CIVIL ACTION**

On September 3, 2014, this matter came before the Court for a status conference.  By way of background, due to a conflict with the Court's calendar, the jury trial in this matter was continued from September 8, 2014 until October 27, 2014.  Thus, during the status conference, Plaintiff requested an order continuing two Subpoenas to Appear and Testify at Trial in a Civil Action.  On July 16, 2014, pursuant to Fed. R. Civ. P. 45, Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action were served on witnesses Janet Moore and Estrella Hernandez.  Accordingly, it is

ORDERED that the Rule 45 Subpoenas served on both Janet Moore and Estrella Hernandez are **CONTINUED with full force and effect until the conclusion of the jury trial in this matter set to commence on Monday, October 27, 2014 at 8:30 a.m.**

Dated: September 3, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge