**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: September 3, 2014 |
| E.C.R./Reporter: Mary George | |

Civil Action No: **12-cv-02648-WYD-CBS**        Counsel:

**AMIE MANN**,                               Stephen J. Jouard

        Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY**,              Anthony R. Clapp

        Defendant.

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**10:11 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks and review of the history of the case.

Plaintiff's Motion in Limine to Bar Evidence of Remedies Available to Plaintiff Under C.R.S. 10-3-1116 [ECF Doc. No. 40], filed July 25, 2014, is raised for argument.

10:14 a.m.   Argument by Plaintiff (Mr. Jouard).

10:15 a.m.   Argument by Defendant (Mr. Clapp).

**ORDERED:**   Plaintiff's Motion in Limine to Bar Evidence of Remedies Available to Plaintiff Under C.R.S. 10-3-1116 [ECF Doc. No. 40], filed July 25, 2014, is **GRANTED.**

|  |  |
|---|---|
|  | Plaintiff's Motion in Limine to Bar Evidence to Support Defendant's Affirmative Defenses of Failure to Mitigate, Comparative Negligence, Comparative Bad Faith and Plaintiff's Alleged Breach of Contract [ECF Doc. No. 41], filed July 25, 2014, is raised for argument. |
| 10:18 a.m. | Argument by Defendant (Mr. Clapp). |
| 10:22 a.m. | Argument by Plaintiff (Mr. Jouard). |
| 10:23 a.m. | Argument by Defendant (Mr. Clapp). |
| **ORDERED:** | Plaintiff's Motion in Limine to Bar Evidence to Support Defendant's Affirmative Defenses of Failure to Mitigate, Comparative Negligence, Comparative Bad Faith and Plaintiff's Alleged Breach of Contract [ECF Doc. No. 41], filed July 25, 2014, is **DENIED AS MOOT IN PART and DENIED WITHOUT PREJUDICE IN PART.** |
| **ORDERED:** | Defendant's affirmative defenses of comparative negligence and comparative bad faith are **DISMISSED AS WITHDRAWN.** |
| 10:31 a.m. | Court outlines procedures for jury selection. |
| **ORDERED:** | Each side will be allowed to conduct voir dire not to exceed **fifteen (15) to twenty (20) minutes.** |
| 10:33 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Each side will be allowed opening statements not to exceed **thirty (30) minutes.** |
| **ORDERED:** | Parties shall submit jury instructions, including a joint statement of the case jury instruction, not later than **Wednesday, September 24, 2014.** |
| 10:37 a.m. | Discussion regarding discovery issue relating to expert witnesses. |
| **ORDERED:** | Mr. Clapp shall submit the discovery requested by Mr. Jouard not later than **Monday, September 15, 2014.** |
| **10:42 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME: :31**