IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02648-WYD-CBS

AMIE MANN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal of All Claims Against Defendant Allstate Insurance Company, With Prejudice (ECF No. 56). After carefully reviewing the above-captioned case, I find that the stipulation should be approved, and all claims asserted against Defendant Allstate should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a). Accordingly, it is

ORDERED that the Stipulation for Dismissal of All Claims Against Defendant Allstate Insurance Company, With Prejudice [ECF No. 56], filed October 30, 2014 is **APPROVED.**   It is further

ORDERED that in accordance therewith, all claims asserted against Defendant Allstate are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: October 30, 2014

BY THE COURT:

/s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
SENIOR UNITED STATES DISTRICT JUDGE